Winslow Robinson et al., Respondents, *v.* William H. Gedney et al., Appellants.

(Argued April 12, 1893; decided May 2, 1893.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1892, which affirmed a judgment in favor of plaintiffs, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*James B. Dill* for appellants.

*William M. Mullen* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

Isabella H. Mitchell, Respondent, *v.* The Village of White Plains, Appellant.

(Submitted April 14, 1893; decided May 2, 1893.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1891, which reversed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term and granted a new trial.

*H. T. Dykman* for appellant.

*M. M. Silliman* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.